In the Interest of W.H.C.

No. ED 81476.

Missouri Court of Appeals,
Eastern District,
Division Four.

Feb. 11, 2003.

Connie S. Hood, Clayton, MO, for appellants.

Karen Dill Siegel, St. Louis, MO, for respondent.

Before WILLIAM H. CRANDALL, JR., P.J., SHERRI B. SULLIVAN, J., and GLENN A. NORTON, J.

## ORDER

PER CURIAM.

Father appeals from the judgment terminating his parental rights to his minor child, W.H.C. The judgment is supported by substantial evidence and is not against the weight of the evidence; no error of law appears. An opinion would have no precedential value.

The judgment is affirmed. Rule 84.16(b).